# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129499

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MELISSA ANNE MEMMER,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129499
COA: 254839
Macomb CC: 2003-003094-FC

_____/

On order of the Court, the application for leave to appeal the August 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the trial court for resentencing in accordance with *People v Babcock*, 469 Mich 247 (2003).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

d0315

_____
Clerk